# RODRIGUEZ O'DONNELL GONZALEZ & WILLIAMS, P.C.
### ATTORNEYS AND COUNSELLORS AT LAW
WASHINGTON • CHICAGO • NEW YORK

CITICORP PLAZA
8430 W. BRYN MAWR AVE.
CHICAGO, ILLINOIS 60631
TELEPHONE 773-314-5000
FACSIMILE 773-314-1719

HENRY P. GONZALEZ, LL.M.

DIRECT DIAL: 202-973-2980
gonzalez@rorfgw.com

Admitted in New York; In D.C.,
practice limited to matters before
federal courts and agencies.

REPLY TO:

1211 CONNECTICUT AVENUE, N.W.
SUITE 800
WASHINGTON, D.C. 20036
TELEPHONE 202-293-3300
FACSIMILE 202-293-3307

45 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10111
TELEPHONE 212-332-8136
FACSIMILE 212-332-3401

January 11, 2007

**By Facsimile**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Court House
500 Pearl Street, Room 1050
New York, NY 10007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein, U.S.D.J.
Date: 1/14/08

Re: <u>Shipco Transport, Inc. v. JCC International, Inc., Case No. 07 CV 7635 (AKH)</u>

Dear Judge Hellerstein:

All parties in this action hereby request that the Case Management and Scheduling conference scheduled for January 18 at 9:45 a.m. be removed from the court's calendar as the parties have reached a settlement pertaining to all issues of the case. A formal written settlement agreement is being drafted by the parties at this time, and dismissal is anticipated as soon as the agreement is fully executed.

The undersigned and counsel for the defendant jointly make this request.

Thank you for your attention to this matter.

Respectfully submitted,

RODRIGUEZ O'DONNELL
GONZALEZ & WILLIAMS, P.C.

By: /s/ Henry P. Gonzalez
Henry P. Gonzalez, LL.M.

Cc: Brendan Collins, Esq.,
Galland, Kharasch, Greenberg, Fellman & Swirsky

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08